UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA ROMERO,<br><br>                Plaintiff,<br><br>      v.<br><br>THE CITY OF NEW YORK, NYPD POLICE OFFICER JOHN DOE,<br><br>                Defendants. | No. 24-CV-346 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      No later than April 16, 2024, Defendants shall inform the Court if they have received the required documents pursuant to Local Rule 83.10 ("Plan for Certain § 1983 Cases Against the City of New York") from Plaintiff, and inform the Court of the status of this case.

SO ORDERED.

Dated:   April 4, 2024
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge