UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA ROMERO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF NEW YORK, NYPD POLICE OFFICER JOHN DOE,<br><br>　　　　　　　　Defendants. | No. 24-CV-346 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On March 14, 2025, the parties advised the Court that the Civilian Complaint Review Board had closed its underlying investigation pertaining to this action. Accordingly, the parties proposed, and the Court so-ordered, that the stay of this action be lifted, the parties exchange limited discovery by April 21, 2025, and mediation be completed by June 19, 2025. To date, the Court has not received any further update from the parties. No later than July 21, 2025, the parties shall submit a joint letter updating the Court as to the status of the case, including the status of mediation.

SO ORDERED.

Dated:　July 14, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge