UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA ROMERO,

          Plaintiff,

          v.

CITY OF NEW YORK and NYPD POLICE OFFICER
JOHN DOE,

          Defendants.

No. 24-cv-346 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 30, 2025, it was reported to the Court that this case was settled. Accordingly, it is hereby ordered that, unless the parties request otherwise by April 23, 2026, the Clerk of Court shall close this case.

SO ORDERED.

Dated:      April 17, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge